BRUCE LOCKE (CA SB# 177787)
MOSS & LOCKE
555 University Ave, Ste 150
Sacramento, California 95825
Telephone: (916) 569-0667
E-Mail: blocke@mosslocke.com

Attorney for Defendant
NOY SOMSINSAWASDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOY SOMSINSAWASDI, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.: CR.S 06-00343 DLJ <br><br> REQUEST FOR ORDER AND ORDER EXONERATING BOND |

On or about August 31, 2006, an appearance bond for the total amount of $100,000, secured by a deed against the real property of Noy Somsinsawasdi and Prasert Somsinsawasdi, was posted on behalf of Noy Somsinsawasdi, No. Cr.S-06-00343. Mrs. Somsinsawadsi was arrested in this district based upon an indictment filed in this district.

On November 13, 2007, Ms. Somsinsawasdi was sentenced in this case and subsequently her self surrender date was set for January 4, 2008, Defendant has self surrendered and completed her time in confinement. The Judgment was returned executed and filed with the Court on January 9, 2008.

It is hereby requested that the $100,000 secured appearance bond be exonerated

in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about August 31, 2006.

Dated: February 4, 2008                    Respectfully submitted,

_____
Bruce Locke
Attorney for Defendant

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000 posted by Noy Somsinsawasdi and Prasert Somsinsawasdi and secured by a Deed of Trust for their home is hereby exonerated.

Dated: 2/5/2008

/s/ D. Lowell Jensen
U.S. District Court Judge

CASE TITLE: UNITED STATES v. PRASERT SOMSINSAWASDI

CASE NO.:CR.S 03-090 EJG

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within action. My business address is 117 J Street, Suite 202, Sacramento, California 95814-2282. I am familiar with office procedure whereby mail is given appropriate postage and deposited in a United States mailbox in Sacramento, California, after the close of the day's business.

On _____, 2004, I served the following: **REQUEST FOR ORDER AND ORDER EXONERATING BOND** on all parties to said action by submitting a true copy via

[ ] hand delivery

[ ] facsimile

X
X
X
X

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____, 2004, at Sacramento, California.

_____
HELEN V. SCHOENING